Opinion issued November 14, 2002 












In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01169-CV

____________


IN RE EUGENE SMITH, Relator







Original Proceeding on Petition for Writ of Mandamus





 

MEMORANDUM OPINION

 Relator has filed a petition for writ of mandamus complaining that the Texas
Department of Criminal Justice has failed to properly calculate his time credits and
discharge date. This Court has no mandamus jurisdiction over the Texas Department
of Criminal Justice. See Tex. Gov't Code Ann. § 22.221 (Vernon Supp. 2002).

 Accordingly, the petition for writ of mandamus is dismissed.PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Radack.

Do not publish. Tex. R. App. P. 47.